# UNITED STATES DISTRICT COURT

## Northern District of New York

UNITED STATES OF AMERICA

v.

Shivam LNU

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 0206 8:26CR00030-001

USM Number: 90436-511

Danielle Neroni
668 Madison Avenue
Albany, NY 12208
518-366-6933
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to counts 1 through 4 of the Indictment on May 14, 2026.
☐ pleaded nolo contendere to count(s) which was accepted by the court.
☐ was found guilty on count(s) of the on after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. §§ 1324(a)(1)(A)(i) and (a)(1)(A)(v)(I) | Conspiracy to Commit Alien Smuggling | 06/13/2025 | 1 |
| 8 U.S.C. §§ 1324(a)(2), (a)(2)(B), and (a)(2)(B)(ii) | Alien Smuggling | 01/26/2025 | 2 |
| 8 U.S.C. §§ 1324(a)(2), (a)(2)(B), and (a)(2)(B)(ii) | Alien Smuggling | 01/26/2025 | 3 |
| 8 U.S.C. §§ 1324(a)(2), (a)(2)(B), and (a)(2)(B)(ii) | Alien Smuggling | 01/26/2025 | 4 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed in accordance with 18 U.S.C. § 3553 and the Sentencing Guidelines.

☐ The defendant has been found not guilty on count(s)
☒ Count 5 ☒ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 5, 2026
Date of Imposition of Judgment

Brenda K Sannes

Brenda K. Sannes
Chief U.S. District Judge

October 16, 2026
Date

DEFENDANT: Shivam LNU
CASE NUMBER: 0206 8:26CR00030-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**30 months on each of Counts 1 through 4, to be served concurrently. No term of supervised release is imposed.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ☐ a.m. ☐ p.m. on.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

**I have executed this judgment as follows:**

Defendant delivered on ____________________ to ____________________
at ____________________ with a certified copy of this judgment.

____________________
UNIITED STATES MARSHAL

____________________
BY DEPUTY UNITED STATES MARSHAL

DEFENDANT: Shivam LNU
CASE NUMBER: 0206 8:26CR00030-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | JVTA Assessment* | AVAA Assessment** | Fine | Restitution |
|---|---|---|---|---|---|
| **TOTALS** | **Remitted** | **Waived** | N/A | **Waived** | N/A |

☐ The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case* *(AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **Totals** | | | |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
**Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
***Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.